IN THE SUPREME COURT OF THE
STATE OF OREGON

| | | |
|---|---|---|
| In the Matter of the Revocation of the Driving Privileges of | ) | Marion County Circuit Court<br>Case no. 99C-12784 |
| TIMOTHY LEE MCNUTT, | ) | |
| Petitioner-Appellant, Petitioner on Review,<br>v. | ) | SC S49002<br>CA A109284 |
| DRIVER AND MOTOR VEHICLE<br>SERVICES DIVISION (DMV), | ) | |
| Respondent-Respondent, Respondent on Review. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| TODD BRADLEY MANNELIN, | ) | Marion County Circuit Court<br>Case no. 99C-12847 |
| Petitioner-Appellant, Petitioner on Review,<br>v. | ) | SC S49023<br>CA A108316 |
| DRIVER AND MOTOR VEHICLE<br>SERVICES BRANCH (DMV), | ) | |
| Respondent-Respondent, Respondent on Review. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In the Matter of the Suspension of the Driving Privileges of | ) | Marion County Circuit Court<br>Case no. 99C-12646 |
| BRAD JARRETT DELZER, | ) | SC S49212<br>CA A107761 |
| Petitioner-Appellant, Petitioner on Review,<br>v. | ) | |
| DRIVER AND MOTOR VEHICLE SERVICES<br>BRANCH, (DMV), | ) | **ORDER AFFIRMING<br>BY AN EQUALLY<br>DIVIDED COURT** |
| Respondent-Respondent, Respondent on Review, | ) | |

Upon consideration by the court.

These cases are consolidated for decision. The decision of the Court of Appeals is affirmed by an equally divided court.

Dated this _____ day of November 2003.

_____
WALLACE P. CARSON, JR.
CHIEF JUSTICE

Leeson, J., resigned January 31, 2003, and did not participate in the decision of this case.
Kistler, J., did not participate in the consideration or decision of this case.